*In re* VIDAL RODRÍGUEZ AMARO.

*Número:* AB-2002-201       *Resuelto:* 16 de julio de 2004

*Roberto J. Sánchez Ramos*, procurador general; *Vidal Rodríguez Amaro*, abogado suspendido que comparece por derecho propio.

Sala Especial de Verano integrada por la JUEZA PRESIDENTA SEÑORA NAVEIRA MERLY y los JUECES ASOCIADOS SEÑORES HERNÁNDEZ DENTON y FUSTER BERLINGERI.

## RESOLUCIÓN

*Se ordena la reinstalación de Vidal Rodríguez Amaro al ejercicio de la abogacía solamente, dejando pendiente la reinstalación al ejercicio de la notaría hasta que la Directora de la Oficina de Inspección de Notarías nos rinda un informe sobre el estado de su obra notarial.*

Como parte de su informe, la Oficina de Inspección de Notarías examinará el Informe del Procurador General de 5 de marzo de 2003, escuchará al señor Rodríguez Amaro sobre el particular y nos formulará sus conclusiones y recomendaciones en cuanto a este asunto.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*